IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LOUIS ROBINSON                                                                                           PLAINTIFF

V.                                                                            CIVIL ACTION NO. 4:20-CV-00110-JMV

MISSISSIPPI DEPARTMENT OF CORRECTION, et al.                                     DEFENDANTS

ORDER

This matter comes before the court upon the plaintiff's motion [10] seeking discovery of information related to his underlying claims in this case. Specifically, the plaintiff requests that he be granted "subpoena authority" to subpoena certain information from the defendants. The plaintiff, however, advances absolutely no argument as to why this requested information is needed. Moreover, this matter is set for a *Spears* hearing on December 8, 2020. Until such time as the *Spears* hearing is held and a determination is reached as to whether the plaintiff's action should proceed, the court finds the instant request to be premature. Accordingly, the plaintiff's motion [10] is **DENIED**.

**SO ORDERED**, this the 20th day of July, 2020.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE