IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LOUIS ROBINSON**                                                                          **PLAINTIFF**

**v.**                                                                                      **No. 4:20CV110-JMV**

**MISSISSIPPI DEPARTMENT
OF CORRECTIONS, ET AL.**                                                **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTION
FOR VOLUNTARY DISMISSAL**

This matter comes before the court on the motion [14] by the plaintiff for voluntary dismissal.

As the defendants have not been ordered to answer, the instant motion [14] is **GRANTED** under Fed. R. Civ. P. 41(1)(A)(i), and this case is **DISMISSED** without prejudice.

**SO ORDERED**, this, the 14th day of September, 2020.

                                                    /s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE